# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRYCE WILLIAM MALCOLM,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | Civil Action No. 08-0460 (ESH) |
| ) | |
| ALBERTO GONZALES, *et al.*,  ) | |
| ) | |
| Respondents.  ) | |

## ORDER

This matter is before the Court on petitioner's "Motion for Reconsideration of Order on Memorandum Opinion." He maintains that the statute under which he was prosecuted, convicted and sentenced was invalid, that his defense counsel rendered ineffective assistance by failing to raise the issue, and that the federal district court which imposed the sentence lacked subject matter jurisdiction over the criminal proceedings. These arguments are mere repetitions of those presented in his original petition. Such claims must be presented to the sentencing court in a motion under 28 U.S.C. § 2255. *See Taylor v. United States Bd. of Parole*, 194 F.2d 882, 883 (D.C. Cir. 1952); *Ojo v. Immigration & Naturalization Serv.*, 106 F.3d 680, 683 (5th Cir. 1997). Petitioner has filed his petition in the wrong federal district court, and dismissal of the petition without prejudice is proper.

Accordingly, it is hereby

ORDERED that petitioner's motion for reconsideration [#5] is DENIED.

SO ORDERED.

_____
ELLEN SEGAL HUVELLE
DATE:   United States District Judge